**Exhibit A**
**Statement of Claim**
**Plaintiff Trovius Johnson**

## Unpaid Overtime and Minimum Wages

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Hourly Rate Paid[1] | Minimum Wage Hourly Rate[1] | Overtime Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|
| 1/8/23 - 6/8/23 | 21.71 | 57 | $500.00 | $ 8.77 | $ 11.00 | $ 16.50 | $ 2,757.71 | $ 2,030.29 | $ 4,788.00 |
| | | | | | | | $ 2,757.71 | $ 2,030.29 | $ 4,788.00 |

Total Unpaid Minimum Wages[1] = $ 2,757.71
Total Unpaid Overtime Wages[1] = $ 2,030.29
Total Liquidated Damages[1] = $ 4,788.00
Total[1] = $ 9,576.00

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process, litigation, and/or at trial.