UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60290-LEIBOWITZ/AUGUSTIN-BIRCH

**TROVIUS JOHNSON,**
    *Plaintiff*,

v.

**J.M.B. AUTO CARE, INC.,** *et al.,*
    *Defendants.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation on Joint Motion to Approve FLSA Settlement and Dismiss Action with Prejudice [ECF No. 15], filed on August 4, 2025, in which United States Magistrate Judge Panayotta Augustin-Birch recommends GRANTING the parties Joint Motion for Settlement [ECF No. 13] (the "Motion") and APPROVING the parties' settlement agreement. [ECF No. 15 at 4]. The undersigned previously referred the parties' Motion to Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 14]. Since the Report and Recommendation was filed on August 4, 2025, no objections were filed during the 14-day objection period. Thus, having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby

    **ORDERED AND ADJUDGED** that:

    1.    The Magistrate Judge's Report and Recommendation [ECF No. 15] is **AFFIRMED** and **ADOPTED**.

    2.    The parties' Joint Motion for Settlement [**ECF No. 13**] is **GRANTED**.

    3.    The parties' settlement agreement [ECF No. 13-1] is APPROVED.

    4.    This case is DISMISSED WITH PREJUDICE.

5. Any pending motions are DENIED AS MOOT.

6. The Court retains jurisdiction for the sole purpose of enforcing the parties' settlement agreement.

7. *The Clerk* is DIRECTED to CLOSE this case.

**DONE AND ORDERED** in the Southern District of Florida on August 20, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record